Alvin E. Nelson and Earle S. Nelson, copartners, trading as Nelson Brothers, appellants, v. Edward P. Jones, appellee. Gen. No. 27,559.

Suit for amount of notes with interest issued on an automobile. Claim for damages by defendant on alleged contract to have said automobile insured. Damages assessed for both parties. Judgment for the difference in favor of defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed May 9, 1923. Rehearing denied May 23, 1923.

A. J. Deutschman, for appellants. Walter M. Farmer, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Arthur L. Dorsey, appellant, v. Joe Mihalic, appellee. Gen. No. 27,579.

Suit in tort for striking, assaulting and injuring plaintiff. Defendant found not guilty. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and remanded. Opinion filed May 9, 1923.

Hill, Melaniphy & Pedderson, for appellant; John C. Melaniphy, of counsel. Poulton and Green, for appellee; Thomas A. Green, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Nathan Mittleman and Samuel Mittleman, trading as Mittleman Brothers, appellees, v. Chicago Bottlers Clearing House Association, appellant. Gen. No. 27,870.

Suit for balance claimed under agreement to cancel lease. Judgment against defendant entered upon default for want of an affidavit of merits. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Levinson & Hoffman, for appellant; Douglas C. Gregg and W. H. Gallagher, of counsel. Edelson & Paullin, for appellees; Hyland J. Paullin, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Sovereign Camp, Woodmen of the World, complainant, v. Eva Heyman and Edith Wise, defendants.

Appeal of Edith Wise, appellant, v. Eva Heyman, appellee. Gen. No. 27,908.

Suit on benefit certificate between two claimants. Interpleader by fraternal order. Judgment for claimant Eva Heyman. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923. Rehearing denied June 11, 1923.

Slottow & Leviton, for appellant; Charles Leviton, of counsel. L. W. Reinecker, Jr. and Edgar A. Jonas, for appellee; J. J. Cooke, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.